CASES DETERMINED

IN THE

# SUPREME COURT OF NEBRASKA

AT

## JANUARY TERM, 1908.

---

FRANK BARKER v. STATE OF NEBRASKA.

FILED JANUARY 8, 1908. No. 15,546.

ERROR to the district court for Lancaster county: LIN-COLN FROST, JUDGE. *Affirmed.*

*Francis G. Hamer* and *T. F. Hamer,* for plaintiff in error.

*W. T. Thompson, Attorney General,* and *Grant G. Martin, contra.*

PER CURIAM.

It appearing from the record affirmatively that the judge of the district court for Lancaster county has proceeded in all things in accordance with the statute providing for the investigation as to the sanity of a convict under sentence of death, the order entered and the proceeding of said judge therein are in all things

AFFIRMED.